COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
| --- | --- | --- |
|  |  | No. 08-17-00233-CV |
| IN THE INTEREST OF H.N.H, | § |  |
|  |  | Appeal from |
| A CHILD. | § |  |
|  |  | 388th District Court |
|  | § |  |
|  |  | of El Paso County, Texas |
|  | § |  |
|  |  | (TC # 2010CM1478) |
|  | § |  |

## MEMORANDUM OPINION

Appellee, R.J.H., has filed a motion to dismiss this appeal for lack of jurisdiction because Appellant, B.A., did not timely file her notice of appeal from the termination order signed on October 2, 2017. Appellant filed her notice of appeal within fifteen days of the deadline, but she did not file an extension motion nor did she provide a reasonable explanation for the late filing of the notice of appeal. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). An appellant is nevertheless required to provide a reasonable explanation for the late filing of the notice of appeal. On February 27, 2018, we issued an order providing Appellant with an opportunity to provide this explanation within ten days from the date of the order. Our order stated, "[i]f Appellant fails to

provide a reasonable explanation within ten days from the date of this order, the Court will dismiss the appeal for want of jurisdiction without further notice." Appellant has not filed any response to our order. Because Appellant failed to provide a reasonable explanation for failing to timely file her notice of appeal, the Court is without jurisdiction to consider this appeal. Accordingly, we grant Appellee's motion and dismiss the appeal for lack of jurisdiction.


March 21, 2018

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.